AO 440 (Rev. 10/93) Summons in a Civil Act

# United States District Court

DISTRICT OF

MICHAEL OGLO

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 06-83 S

DONALD C. WINTER, SECRETARY OF THE NAVY

TO: (Name and address of defendant)

DONALD C. WINTER, SECRETARY OF THE NAVY,
BY AND THROUGH: ROBERT C. CORRENTE, UNITED STATES ATTORNEY FOR THE DISTRICT OF RHODE ISLAND
50 KENNEDY PLAZA
8TH FLOOR
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. EDWARD FORMISANO, ESQ.
SINAPI, FORMISANO & COMPANY, LTD.
100 MIDWAY PLACE, SUITE 1
CRANSTON, RI 02920
(401) 944-9690

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/19/06

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 6/15/06 |
| NAME OF SERVER *(PRINT)* Vincent P. Catamero Constable State of R.I. License #6023 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: SERVED SECRETARY OF THE NAVY thru U.S. ATTORNEY FOR THE DISTRICT COURT MICHAEL IANNOTTI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 45.00 | $ 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/15/06
*Date*

Vincent P. Catamero
*Signature of Server*

1408 Atwood Ave. Johnston, RI
*Address of Server*

Vincent P. Catamero
Constable State of R.I.
License #6023

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 JUN 21 P 12: 11

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.