IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL OGLO<br><br>Plaintiff<br><br>v.<br><br>DONALD WINTER,<br>SECRETARY OF THE NAVY<br><br>Defendant | Civ. No. 06-83S |

DEFENDANT'S MOTION TO CONTINUE

Now comes Donald Winter, Secretary of the Navy, by and through his attorneys, and moves that the time for filing an answer or other responsive pleading be continued for thirty days. Plaintiff has no objection to this enlargement of time.

Respectfully submitted,

DONALD WINTER, Secretary
of the Navy

By his Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of August, 2006, I caused the within Defendant's Motion to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place
Suite 1
Cranston, RI 02920

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov