Case 1:06-cv-00083-S-LDA Document 3 Filed 08/08/2006 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL OGLO<br><br>Plaintiff<br><br>v.<br><br>DONALD WINTER,<br>SECRETARY OF THE NAVY<br><br>Defendant | Civ. No. 06-83S |

8/10/06 : GRANTED ABSENT OBJECTION.

SMS

## DEFENDANT'S MOTION TO CONTINUE

Now comes Donald Winter, Secretary of the Navy, by and through his attorneys, and moves that the time for filing an answer or other responsive pleading be continued for thirty days. Plaintiff has no objection to this enlargement of time.

Respectfully submitted,

DONALD WINTER, Secretary of the Navy

By his Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov