**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL OGLO,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-83S** |
| | : | |
| **DONALD C. WINTER,** | : | |
| **Secretary of the Navy,** | : | |
| **Defendant** | : | |

**PLAINTIFF'S STATEMENT ENUMERATING ELEMENTS OF CLAIM IN RESPONSE TO REQUIREMENT OF PRE-TRIAL ORDER**

Now comes the Plaintiff in the above-cited matter and hereby submits the within written statement enumerating the elements of the various claims alleged in his Complaint as required pursuant to this Court's Pre-Trial Conference Notice dated September 15, 2006. Plaintiff reserves the right to modify, amend and/or augment the within statement at any time during the course of these proceedings.

## I. Age Discrimination in Employment Act, 29 U.S.C. §621, et seq.

### A. Elements

a. the Plaintiff was within the protected age group;

b. the Plaintiff met the employer's legitimate expectations;

c. the Plaintiff was actually or constructively discharged; and,

d. the Plaintiff was replaced by another individual of similar skills and qualifications, thereby confirming the employer's continued need for equivalent services.

### B. Case Law

St. Mary's Honor Ctr. v. Hicks, 113 S.Ct. 2742, 2747 (1993); Reeves v. Sanderson Plumbing Products, Inc., 120 S.Ct. 2097, 2106 (2000); McDonnell Douglas Corp. v. Green, 411

U.S. 792, 802-805 (1973); Alvarez-Fonseca v. Pepsi Cola of Puerto Rico Bottling Company, 152 F.3d 17 (1st Cir. 1998); Freeman v. Package Mach. Co., 865 F.2d 1331, 1335 (1st Cir. 1988); Sanchez v. Puerto Rico Oil Company, 37 F.3d 712 (1st Cir. 1994); Vega v. Kodak Caribbean, Ltd., 3 F.3d 476 (1st Cir. 1993) Mesnick v. General Elec. Co., 950 F.2d 816, 823-25 (1st Cir. 1991); Dominguez-Cruz v. Suttle Caribe, Inc., 202 F.3d 424, 432 (1st Cir. 2000).

Plaintiff,
By his attorneys,
Sinapi, Formisano & Co.

/s/ V. Edward Formisano

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920
(401)944-9690
(401)943-9040(facsimile)

Dated: October 27, 2006

**CERTIFICATION**

TO: Adi Goldstein, Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I hereby certify that on the 27th day of October, 2006, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsel of record has received the within.

/s/ V. Edward Formisano