IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

Michael Oglo, Plaintiff,
v.
Donald C. Winter, Secretary of the Navy, Defendant.

C.A. NO. 06-83S

NOTICE OF DEPOSITION

Please take notice that the United States of America will take the deposition upon oral examination of the plaintiff, Michael Oglo, on Monday, January 29, 2007, at 10:00 a.m. at the United States Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 4th day of January, 2007, I caused to be electronically filed the within Notice of Deposition with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI8 02920

s/Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov