**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL OGLO,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No: 06-83S** |
| | : | |
| **DONALD C. WINTER,** | : | |
| **Secretary of the Navy,** | : | |
| **Defendant** | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's Pretrial Order, as set forth below.

The close of discovery is currently scheduled to occur on May 29, 2007, with the deadline for filing dispositive motions to occur on or before May 29, 2007.

The parties have made progress in discovery, including exchanging document requests and interrogatories. However, to date, only the part of the Plaintiff's deposition has been taken; no other depositions have occurred.

The parties have made good faith efforts to complete discovery, but based on the detailed nature of the discovery sought, the nature and complexity of the claims and the press of business, additional time for discovery is necessary and warranted.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on August 29, 2007, with the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Respectfully Submitted,
Plaintiff,
By his Attorney,

/s/ V. Edward Formisano
Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendant,
By his Attorney,

/s/ Adi Goldstein
Adi Goldstein, AUSA ( 6710 )
U.S. Attorney's Office
Fleet Center, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (facsimile)