UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL OGLO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO.: 06-83S |
| | : | |
| DONALD C. WINTER, SECRETARY OF THE NAVY, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

Now comes plaintiff MICHAEL OGLO, and Defendant DONALD C. WINTER, SECRETARY OF THE NAVY, by and through their undersigned counsel, and hereby stipulate and agree that, plaintiff's claims against the defendant, are voluntarily dismissed by plaintiff with prejudice, each party to bear its own fees, costs, and expenses.

/s/ Adi Goldstein
ADI GOLDSTEIN, ESQ.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Attorney for Defendant,
Secretary of the Navy

/s/ Edward Formisano
EDWARD FORMISANO, ESQ.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1,
Cranston, RI 02920
Attorney for Plaintiff,
Michael Oglo